**985-15**

# ELECTRONIC RECORD

COA # <u>14-13-00950-CR</u>                    OFFENSE: <u>Murder</u>

STYLE: <u>Shannon Joe Chauncey v The State of Texas</u>        COUNTY: <u>Harris</u>

COA DISPOSITION: <u>Affirmed</u>                    TRIAL COURT: <u>230th District Court</u>

DATE: <u>June 30, 2015</u>   Publish: <u>No</u>            TC CASE #:<u>1365315</u>

## IN THE COURT OF CRIMINAL APPEALS

STYLE: <u>Shannon Joe Chauncey v The State of Texas</u>

CCA # _____

_____ _APPELLANT'S_ _____ Petition        CCA Disposition: ___ **985-15**
FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____ _REFUSED_ _____              JUDGE: _____

DATE: ___ _10/14/2015_ _____          SIGNED: _____    PC: _____

JUDGE: ___ _Per Curiam_ _____          PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**